UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SUPERSEDING INFORMATION** |
| - v. - | : | |
| ISCEDRO JORGE LEYVA GANO, a/k/a "Jorge Leyva," a/k/a "Cucha," | : : | S1 11 Cr. 974 (CM) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - -X

### COUNT ONE

The United States Attorney charges:

1. From at least in or about November 2009, up to and including November 2011, in the Southern District of New York and elsewhere, ISCEDRO JORGE LEYVA GANO, a/k/a "Jorge Leyva," a/k/a "Cucha," the defendant, being an alien, willfully and knowingly did enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and inspection by immigration officers, and did attempt to enter and obtain entry to the United States by a willfully false and misleading representation and the willful concealment of a material fact, to wit, LEYVA GANO entered the United States without the permission of immigration officials.

(Title 8, United States Code, Section 1325(a).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 5 2012

## COUNT TWO

The United States Attorney further charges:

2. In or about 2011, in the Southern District of New York, ISCEDRO JORGE LEYVA GANO, a/k/a "Jorge Leyva," a/k/a "Cucha," the defendant, intentionally and knowingly possessed a controlled substance, to wit, marijuana.

(Title 21, United States Code, Section 844(a).)

*Preet Bharara*
PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISCEDRO JORGE LEYVA GANO,
a/k/a "Jorge Leyva,"
a/k/a "Cucha,"

Defendant.

SUPERSEDING INFORMATION

S1 11 Cr. 974 (CM)

(8 U.S.C. § 1325(a)) and 21 U.S.C. § 844(a).)

PREET BHARARA
United States Attorney.